**Fill in this information to identify the case:**

Debtor 1: **NATALIE SCARDINO**
First Name / Middle Name / Last Name

Debtor 2: —
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of **NEW JERSEY** (State)

Case number: **19-27314 JKS**

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

Amount: **11,850.00**

Claimant's Name: **NATALIE SCARDINO**

Claimant's Current Mailing Address, Telephone Number, and Email Address:
**654 RUTGERS PL.
PARAMUS NJ. 07652
(CELL) 201-906-0767
NATSCARDINO64@GMAIL.COM**

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☑ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☐ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.

4. **Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
_____ District of _____
[Court enters address here]

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: JAN 20, 2021 | Date: |
| *Natalie Scandino* (Signature of Applicant) | Signature of Co-Applicant (if applicable) |
| NATALIE SCANDINO (Printed Name of Applicant) | Printed Name of Co-Applicant (if applicable) |
| Address: 654 Rutgers Pl. Paramus NJ. 07652 | Address: |
| Telephone: 201-906-0767 | Telephone: |
| Email: NATSCANDINO64@gmail.com | Email: |

| 6. Notarization | 6. Notarization |
|---|---|
| STATE OF New Jersey | STATE OF |
| COUNTY OF Bergen | COUNTY OF |
| This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 20 day of January, 20 21 by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)  Notary Public *Amy Finley* | (SEAL)  Notary Public _____ |
| My commission expires: | My commission expires: |
| AMY FINLEY<br>NOTARY PUBLIC OF NEW JERSEY<br>MY COMMISSION EXPIRES JANUARY 23, 2025 | |



N. SCADUTO
654 ROTBENS
PARAMUS, NJ.
07652

ARRIVED

United States Bankruptcy ct
Martin Luther King Federal Bldg
att: Ferguson Dept
50 Walnut St
P.O. Box 1352

7020 0090 0000 4334 7694

U.S. POSTAGE PAID
FCM LETTER
LODI, NJ
07644
JAN 21, 21
AMOUNT
$4.10
R2305M147619-02